UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MANDY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-CV-00132-CVE-FHM |
| ) | |
| (1) LIFE SENIOR SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff, Mandy Johnson, by and through her counsel of record, Jeffrey Jones and Thomas Landrum, and Defendant, Life Senior Services, Inc., by and through its counsel of record, Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

*/s/ Jeffrey D. Jones\**
Jeffrey D. Jones
Admitted *Pro Hac Vice*
The Jones Law Firm
523 East Pine Place
Tulsa, Oklahoma 74106-4301
(574) 876-4715
JJ@JeffreyJonesLawFirm.com

**-AND-**

Thomas H. Landrum
The Firm on Baltimore, PLLC
1811 South Baltimore Avenue
Tulsa, OK 74119
Thomas@LawTulsa.com

**ATTORNEYS FOR PLAINTIFF
MANDY JOHNSON**

1

2

*/s/ W. Kirk Turner*
Newton, O'Connor, Turner & Ketchum, P.C.
W. Kirk Turner, OBA #13791
Samanthia S. Marshall, OBA #22640
15 West Sixth Street, Suite 2700
Tulsa, Oklahoma   74119
Phone (918) 587-0101
Fax (918) 587-0102
kturner@newtonoconnor.com
smarshall@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT
LIFE SENIOR SERVICES, INC.**

*\*Signed by Filing Attorney with permission of Plaintiff's Attorneys.*